USCA1 Opinion

 

 May 29, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1027 JOSEPH SANDERS HAAS, JR., ETC., ET AL., Plaintiffs, Appellants, v. BENT & JOHNSON, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven J. McAuliffe, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ____________________ Joseph S. Haas, Jr. on brief pro se. ___________________ ____________________ ____________________ Per Curiam. The action was properly dismissed for __________ lack of federal jurisdiction. Complete diversity did not exist and plaintiff stated no federal claim. Affirmed. ________ -3-